PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/(209)579-2211 Fax

Attorney for Defendant
ROBERTO VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. CRF-04-5278 OWW |
| vs. | ) |
| ROBERTO VELASQUEZ | ) STIPULATION AND ORDER TO |
| Defendant | ) CONTINUE SENTENCING |

Defendant ROBERTO VELASQUEZ through his attorney PRECILIANO MARTINEZ, and the United States of America, through its counsel of record, US Attorney KATHY SERVATIUS, stipulate and agree to the following:

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the sentencing hearing set for April 17, 2006, at 1:30pm, be continued to May 15, 2006, at 1:30pm.

**DATED: April 13, 2006**          **/s/Kathy Servatius_____**
                                   **KATHY SERVATIUS**
                                   **Assistant U.S. Attorney**
                                   **Attorney for Plaintiff**


**DATED: April 13, 2006**          **/s/ Preciliano Martinez**
                                   **PRECILIANO MARTINEZ**
                                   **Attorney for Defendant**


                                **ORDER**


**It is so ordered.**


**Dated:   ___April 17, 2006__        _/s/ OLIVER W. WANGER_____**
                                   **OLIVER W. WANGER**
                                   **U. S. District Judge**

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com